In the Matter of the Application under the Election Law, on the Petition of HENRY A. SOFFER, Appellant, a Duly Nominated Candidate for the Office of Justice of the City Court, etc., Queens County, for an Order Directing the BOARD OF ELECTIONS, etc., to Reject the Certificate of Nomination of THOMAS J. TOWERS, Respondent, as Candidate of the Democratic Party for the Same Office; S. HOWARD COHEN and Others, Commissioners of Elections, etc., Respondents.— Order denying petitioner's application for an order directing the board of elections of the city of New York to reject the certificate of Thomas J. Towers as candidate of the Democratic party for justice of the City Court of the City of New York, Borough of Queens, reversed on the law and motion granted, without costs, on authority of *Matter of Gresser* (*ante*, p. 772), decided herewith. Davis, Taylor and Close, JJ., concur; Hagarty and Johnston, JJ., dissent for the reasons stated in the dissenting memorandum in *Matter of Gresser* (*ante*, p. 773), decided herewith. Leave to appeal to the Court of Appeals is granted. Present — Hagarty, Davis, Johnston, Taylor and Close, JJ.